> 07-1963
>
> Jeff Rehn
>
> You can have fucks everything I own
>
> I don't give a fuck any more
>
> [signature]
>
> Witness Connie Trout
> Connie Trout
> Tel. (720) 936-4539

**EXHIBIT ONE**

1